Phillip H. Stanfield, Bar #011729
David L. Stout, Jr., Bar #024857
Paul G. Davis, Bar #036524
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1745
Fax: (602) 200-7877
pstanfield@jshfirm.com
dstout@jshfirm.com
pdavis@jshfirm.com

Attorneys for Defendants Juan Jose Soriano Avila; PKR Transport, Inc.,

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Abel Alexey Rodriguez Melgarejo, individually; Lisandro Luis Gomez Estrada, individually, <br><br> Plaintiff, <br><br> v. <br><br> John Chatman and Jane Doe Chatman, husband and wife; Nav Star Express, Inc., a foreign corporation; Juan Jose Soriano Avila and Jane Doe Avila, husband and wife; PKR Transport, Inc., a foreign corporation; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X, <br><br> Defendants. | No. TBD <br><br> **NOTICE OF REMOVAL** |

      Defendant PKR Transport, Inc. ("Removing Defendant"), by and through undersigned counsel, hereby files the following Notice of Removal of this action, currently pending in the Superior Court of the State of Arizona, County of La Paz, Case No. S1500CV202200015 to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds for removal, Removing Defendant states as follows:

10722638.1

**PROCEDURAL HISTORY**

1. The above-captioned case commenced when Plaintiffs, Abel Alexey Rodriguez Melgarejo ("Melgarejo") and Lisandro Luis Gomez Estrada ("Estrada"), filed a Complaint in Superior Court in and for La Paz County, on February 23, 2022 (the "Complaint"). *See* Complaint, along with complete copy of Superior Court file, attached as Exhibit 1.

2. Removing Defendant was served with process through its statutory agent on May 20, 2022.

3. A responsive pleading on behalf of Removing Defendant has not yet been filed.

**TIMELINESS OF REMOVAL**

4. Under 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed within thirty (30) days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

5. This Notice of Removal is filed within thirty (30) days after the Complaint was received by Removing Defendant and, therefore, is timely. *See* 28 U.S.C. § 1446(b)(1).

6. A Notice of Filing Notice of Removal is being filed with the Superior Court in and for La Paz County. *See* Notice of Filing Notice of Removal (exclusive of exhibits), attached as Exhibit 2.

**BASIS OF REMOVAL**

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000 and there is complete diversity of citizenship. *See* 28 U.S.C. § 1332(a).

8. Plaintiff claims personal injuries as a result of Defendant's alleged liability. While the Complaint does not assert a specific amount of medical specials, it alleges harm in an amount qualifying this case as a Tier 3 case pursuant to Rule 26.2(b)

10722638.1

Ariz. R. Civ. Pro, meaning the damages are in excess of $300,000. Moreover, Plaintiff Melgarejo has already disclosed $83,248.12 in medical expenses and Plaintiff Estrada has disclosed $541,516.87 in medical expenses. Accordingly, the amount in controversy exceeds $75,000.

9. According to the Complaint, Plaintiff Melgarejo resides in Miami-Dade County, Florida, where he presumably intends to remain. He is thus considered a citizen of Florida.

10. According to the Complaint, Plaintiff Estrada resides in Collier County, Florida, where he presumably intends to remain. He is thus considered a citizen of Florida.

11. Removing Defendant is incorporated in Fontana, California and has a principal place of business in Fontana, California. It is thus considered a citizen of California.

12. Defendant Nav Star Express is incorporated in Fresno, California, and has a principal place of business in Fresno, California. It is thus considered a citizen of California.

13. Defendant Chatman resides in Fresno County, California, where he intends to remain. He is thus considered a citizen of California.

14. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants "who have been properly joined and served must join in or consent to the removal of the action" for all actions removed based on diversity of citizenship. This is satisfied as Removing Defendant is filing this Notice of Removal and Defendant Nav Star Express and Defendant Chatman have consented to removal. Although Juan Jose Soriano Avila is named in the Complaint, he is not properly joined as he is a deceased individual and therefore cannot be sued or joined as a party to a lawsuit. *See LN Mgmt., LLC v. JPMorgan Chase Bank, N.A.*, 957 F.3d 943 (9th Cir. 2020).

**WHEREFORE**, Removing Defendant requests that the above action now pending in the Superior Court in and for La Paz County be removed to this Court.

10722638.1

DATED this 20th day of June, 2022.

JONES, SKELTON & HOCHULI, P.L.C.


By s/Paul G. Davis
Phillip H. Stanfield
David L. Stout, Jr.
Paul G. Davis
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Juan Jose
Soriano Avila; PKR Transport, Inc.,

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Rory Brian Riley, Esq.
MORGAN & MORGAN ARIZONA, PLLC
2355 E. Camelback Road, Suite 335
Phoenix, Arizona 85016
Attorney for Plaintiffs

Jeffrey L. Smith, Esq.
Vincent R. Miner, Esq.
SANDERS & PARKS, P.C.
3030 North Third Street, Suite 1300
Phoenix, Arizona 85012
Attorneys for Defendants Nav Star Express, Inc. and John Chatman

s/Kadie G. Lewis

10722638.1